THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, *v.* UNITED STATES TRUST COMPANY OF NEW YORK et al., as Trustees, Appellants.

(Argued May 31, 1933; decided June 13, 1933.)

*Harold R. Medina, William Gilbert, Harry K. Davenport* and *Edward A. McInnes* for appellants.

*Timothy Newell Pfeiffer* and *Schuyler William Livingston* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.